**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| LASHAWNDA WILLIAMS-MILES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:26-CV-1070-CMS |
| | ) | |
| MOHELA, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court upon review of the file. Plaintiff Lashawnda Williams-Miles commenced this civil action on July 8, 2026. (Doc. 1). Plaintiff failed to pay the filing fee or file an application to proceed without prepaying fees or costs. On July 17, 2026, the Court directed Plaintiff to pay the full filing fee or file an application to proceed without prepaying filing fees or costs within 30 days. (Doc. 3). The Court cautioned Plaintiff that her failure to timely comply with the Order would result in the dismissal of the case without further notice. *Id*.

To date, Plaintiff has neither complied with the July 17, 2026, Order, nor sought additional time to do so. Plaintiff was given meaningful notice of what was expected, cautioned that her case would be dismissed if she failed to timely comply, and given ample time to comply. The Court will therefore dismiss this action, without prejudice, due to Plaintiff's failure to comply with the Court's July 17, 2026, Order and her failure to prosecute her case. *See* Fed. R. Civ. P. 41(b); *see also Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962) (the authority of a court to dismiss *sua sponte* for lack of prosecution is inherent power governed "by the control necessarily vested in courts to manage their own affairs so as to achieve the orderly and expeditious disposition of

cases”); *Brown v. Frey*, 806 F.2d 801, 803 (8th Cir. 1986) (a district court has the power to dismiss an action for the plaintiff’s failure to comply with any court order).

Accordingly,

**IT IS HEREBY ORDERED** that this case is **DISMISSED** without prejudice.

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith.

An Order of Dismissal will accompany this Memorandum and Order.

Dated this 26th day of August 2026.

CRISTIAN M. STEVENS
UNITED STATES DISTRICT JUDGE